U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT 12 2006
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **MICHAEL LEWIS GROSSIE** | DOCKET NO. 05-1467, SEC. "P" |
| **VERSUS** | JUDGE DEE D. DRELL |
| **WARDEN BURL CAIN** | MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___11th___ day of ___October___, 2006.

DEE D. DRELL

UNITED STATES DISTRICT JUDGE